UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

STARR INDEMNITY & LIABILITY COMPANY,

                Plaintiff,

-against-

AMERICAN CLAIMS MANAGEMENT, INC.,
SUPERIOR RECOVERY SERVICES, INC.,
MARQUEE MANAGED CARE SOLUTIONS,
INC., PACIFIC CLAIMS SERVICES, INC.

                Defendants.

-------------------------------------------------------------- x

Case No. 14-CV-0463

**STIPULATION EXTENDING TIME TO ANSWER, MOVE OR OTHERWISE RESPOND**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys, that the time for defendants to answer, move or otherwise respond to plaintiff Starr Indemnity & Liability Company's Complaint in the above action is extended through and including March 5, 2014.

Dated: February _____, 2014

COZEN O'CONNOR

By: _____
    Melissa Brill
45 Broadway, 16th Floor
New York, New York 10006
(212) 509-9400
*Attorneys for Plaintiff Starr Indemnity & Liability Company*

SATTERLEE STEPHENS BURKE & BURKE LLP

By: _____
    Thomas J. Cahill
    Justin E. Klein
230 Park Avenue
New York, New York 10169
(212) 818-9200
*Attorneys for Defendants*

SO ORDERED:

_____

1868043_1