UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

STARR INDEMNITY & LIABILITY COMPANY,

                   Plaintiff,

    -against-

AMERICAN CLAIMS MANAGEMENT, INC.,
SUPERIOR RECOVERY SERVICES, INC.,
MARQUEE MANAGED CARE SOLUTIONS,
INC., PACIFIC CLAIMS SERVICES, INC.

                   Defendants.

---------------------------------------------------------------x

Case No. 14-CV-0463

**STIPULATION EXTENDING TIME TO ANSWER, MOVE OR OTHERWISE RESPOND**

REC'D FEB 18 2014 CHAMBERS OF DENISE COTE

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys, that the time for defendants to answer, move or otherwise respond to plaintiff Starr Indemnity & Liability Company's Complaint in the above action is extended through and including March 5, 2014.

Dated: February _____, 2014

COZEN O'CONNOR

By: _____
Melissa Brill
45 Broadway, 16th Floor
New York, New York 10006
(212) 509-9400
*Attorneys for Plaintiff Starr Indemnity & Liability Company*

SATTERLEE STEPHENS BURKE & BURKE LLP

By: _____
Thomas J. Cahill
Justin E. Klein
230 Park Avenue
New York, New York 10169
(212) 818-9200
*Attorneys for Defendants*

SO ORDERED:

_____
2/19/14

1868043_1