**CHADBOURNE & PARKE LLP**

30 Rockefeller Plaza, New York, NY 10112
tel (212) 408-5100  fax (212) 541-5369

**Seth M. Kruglak**
direct tel (212) 408-5549
skruglak@chadbourne.com

April 25, 2014

**By ECF**

Honorable Denise L. Cote
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    *Starr Indemnity & Liability Company v. American Claims Management, Inc., et al.*, No. 14 Civ. 0463 (DLC)

Dear Judge Cote:

    I write on behalf of Plaintiff Starr Indemnity & Liability Company ("Plaintiff") to explain the existence of diversity jurisdiction pursuant to 28 U.S.C. § 1332 in accordance with Section 4(C) of your Individual Practices in Civil Cases.

    Plaintiff is incorporated in Texas and its principal place of business is located in New York, New York. Complaint (Dkt. No. 1) at ¶ 1.

    Defendant American Claims Management, Inc. admits in its Answer and Counterclaims that it is a California corporation with a principal place of business in San Diego, California. Answer and Counterclaims (Dkt. No. 16) at ¶ 2.

    Defendant Marquee Managed Care Solutions, Inc. ("MMCS") admits in its Answer and Counterclaims that it is a California corporation with a principal place of business in San Diego, California. *Id.*

    Defendant Superior Recovery Services, Inc. admits in its Answer and Counterclaims that it is a California corporation with a principal place of business in Carlsbad, California. *Id.*

    Defendant Pacific Claims Services, Inc. admits in its Answer and Counterclaims that it "is now known as MMCS and is a California corporation with its principal place of business in San Diego, California." *Id.* at ¶ 3.



CHADBOURNE
& PARKE LLP

Honorable Denise L. Cote          -2-                     April 25, 2014

      Plaintiff alleges damages in excess of the $75,000 amount in controversy requirement and Defendants collectively aver they seek to recover at least $104,545.23 in their Answer and Counterclaims.[1]

Respectfully submitted,

*/s/ Seth Kruglak*

Seth M. Kruglak

cc:    Counsel of Record

---

[1] Complaint (Dkt. No. 1) at ¶ 10; Answer and Counterclaims (Dkt. No. 16) at ¶ 25.