```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/26/2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
STARR INDEMNITY & LIABILITY COMPANY,        :
:
                  Plaintiff,        :        14-CV-0463 (JMF)
:
     -v-        :        ORDER
:
AMERICAN CLAIMS MANAGEMENT, INC., et al.,        :
:
                  Defendants.        :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Attached to this order are the notes sent by the jury to the Court during deliberations (Court Exhibits 2-4), and the jury's verdict form (Court Exhibit 5).

      Further, it is hereby ORDERED that, after conferring with Defendants, Plaintiff shall submit to the Orders and Judgments Clerk of the Court a proposed judgment consistent with the jury's verdict no later than **May 29, 2015.**

      SO ORDERED.

Dated: May 26, 2015
       New York, New York

                                                    JESSE M. FURMAN
                                                  United States District Judge

**COURT EXHIBIT 2**

Is there a question # 18?

#19 — just for not paying for supposed services rendered? or are there other claims by ACM that STARR Breached?

Court Exhibit 2
5/22/15 at 11:16a

**COURT EXHIBIT 3**

Can we have depositions of:

Matthew Stronghan
Jayne Miller
Michelle Edwards

*[signature]*
5/22/15
11:55 PM

Court Exhibit 3

**COURT EXHIBIT 4**

5/26/15
2:35 pm

Judge Furman,
The Jury has reached a verdict.

*[signature]*

Court Exhibit 4

**COURT EXHIBIT 5**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
STARR INDEMNITY & LIABILITY COMPANY,　　:

　　　　　　　　　　Plaintiff,　　　　　　　　　　　　:

　　　　　　　　　　　　　　　　　　　　　　　　　14-CV-0463 (JMF)
　　　　-v-　　　　　　　　　　　　　　　　　　　:

AMERICAN CLAIMS MANAGEMENT, INC., et al,　:　　　VERDICT FORM

　　　　　　　　　　Defendants.　　　　　　　　　:
------------------------------------------------------------------X

## PLEASE CIRCLE YOUR ANSWERS

*All Answers Must Be Agreed to by all Eight (8) out of Eight (8) Jurors*

**Starr's Claims**

1.　Has Starr proved, by a preponderance of the evidence, that ACM is liable to Starr for breaching a contract between the parties?

　　　(YES)　　　NO

　　*[If you answered "Yes" to Question 1, then proceed to Question 2. If you answered "No" to Question 1, then proceed to Question 3.]*

2.　Has Starr proved, by a preponderance of the evidence, that it is entitled to receive compensatory damages because of ACM's breach of contract?

　　　(YES)　　　NO

　　If so, what amount of damages do you award?　$ 1,625,431.73

　　*[Regardless of your answer to Question 2, proceed to Question 3.]*

3.　Has Starr proved, by a preponderance of the evidence, that ACM is liable to Starr for conversion?

　　　(YES)　　　NO

　　*[If you answered "Yes" to Question 3, then proceed to Question 4. If you answered "No" to Question 3, then proceed to Question 9.]*

4. Has Starr proved, by a preponderance of the evidence, that it is entitled to receive compensatory damages because of ACM's conversion?

   (YES)   NO

   If so, what amount of damages do you award?   $ 1,625,431.73

   What part of that amount, if any, is included in the amount you determined in answering Question 2?

   $ 1,625,431.73

   [*Regardless of your answer to Question 4, proceed to Question 5.*]

5. Has Starr proved, by clear and convincing evidence, that it is entitled to receive punitive damages because of ACM's conversion?

   (YES)   NO

   If so, what amount of damages do you award?   $ 1,000,000

   [*Regardless of your answer to Question 5, proceed to Question 6.*]

6. Has Starr proved, by a preponderance of the evidence, that either of the following defendants is liable to Starr for aiding and abetting a conversion?

   a. SRS

   (YES)   NO

   b. Marquee

   (YES)   NO

   [*If you answered "Yes" to Question 6, then proceed to Question 7. If you answered "No" to Question 6, then proceed to Question 9.*]

Starr Indemnity & Liability Company v. American Claims Management, Inc., et al.
14-CV-0463
Verdict Form

7. Has Starr proved, by a preponderance of the evidence, that it is entitled to receive compensatory damages because of either of the following defendants' aiding and abetting a conversion?

    a. SRS

       (YES)    NO

       If so, what amount of damages do you award?  $ 541,719.25

       What part of that amount, if any, is included in the amount you determined in answering Question 2 or Question 4?

       $ 541,719.25

    b. Marquee

       (YES)    NO

       If so, what amount of damages do you award?  $ 1,083,712.48

       What part of that amount, if any, is included in the amount you determined in answering Question 2 or Question 4?

       $ 1,083,712.48

*[Regardless of your answer to Question 7, proceed to Question 8.]*

8. Has Starr proved, by clear and convincing evidence, that it is entitled to receive punitive damages because of either of the following defendants' aiding and abetting a conversion?

    a. SRS

       (YES)    NO

       If so, what amount of damages do you award?  $ 75,000

    b. Marquee

       (YES)    NO

       If so, what amount of damages do you award?  $ 300,000

*[Regardless of your answer to Question 8, proceed to Question 9.]*

9. Has Starr proved, by a preponderance of the evidence, that ACM is liable to Starr for breaching a fiduciary duty?

(YES)    NO

[*If you answered "Yes" to Question 9, then proceed to Question 10. If you answered "No" to Question 9, then proceed to Question 15.*]

10. Has Starr proved, by a preponderance of the evidence, that it is entitled to receive compensatory damages because of ACM's breach of fiduciary duty?

(YES)    NO

If so, what amount of damages do you award?    $ 1,625,431.73

What part of that amount, if any, is included in the amount you determined in answering Question 2, Question 4, or Question 7?

$ 1,625,431.73

[*Regardless of your answer to Question 10, proceed to Question 11.*]

11. Has Starr proved, by clear and convincing evidence, that it is entitled to receive punitive damages because of ACM's breach of fiduciary duty?

(YES)    NO

If so, what amount of damages do you award?    $ 1,000,000

[*Regardless of your answer to Question 11, proceed to Question 12.*]

12. Has Starr proved, by a preponderance of the evidence, that either of the following defendants is liable to Starr for aiding and abetting a breach of fiduciary duty?

a. SRS

(YES)    NO

b. Marquee

(YES)    NO

[*If you answered "Yes" to Question 12, then proceed to Question 13. If you answered "No" to Question 12, then proceed to Question 15.*]

iv

Starr Indemnity & Liability Company v. American Claims Management, Inc., et al.
14-CV-0463
Verdict Form

13. Has Starr proved, by a preponderance of the evidence, that it is entitled to receive compensatory damages because of either of the following defendants' aiding and abetting a breach of fiduciary duty?

    a. SRS

        (YES)    NO

        If so, what amount of damages do you award? $ 541,719.25

        What part of that amount, if any, is included in the amount you determined in answering Question 2, Question 4, Question 7, or Question 10?

        $ 541,719.25

    b. Marquee

        (YES)    NO

        If so, what amount of damages do you award? $ 1,083,712.48

        What part of that amount, if any, is included in the amount you determined in answering Question 2, Question 4, Question 7, or Question 10?

        $ 1,083,712.48

[*Regardless of your answer to Question 13, proceed to Question 14.*]

14. Has Starr proved, by clear and convincing evidence, that it is entitled to receive punitive damages because of either of the following defendants' aiding and abetting a breach of fiduciary duty?

    a. SRS

        (YES)    NO

        If so, what amount of damages do you award? $ 75,000

    b. Marquee

        (YES)    NO

        If so, what amount of damages do you award? $ 300,000

[*Regardless of your answer to Question 14, proceed to Question 15.*]

v

        YES    (NO)

        If so, what amount of damages do you award? $

Starr Indemnity & Liability Company v. American Claims Management, Inc., et al.
14-CV-0463
Verdict Form

After completing the form, each juror who agrees with this verdict must sign below:

*[Signatures of jurors:]*
Judy Teum    Elaine Block
Jesenia Rivera    Anys C. Mundlev
Oslyn Johnson    Muriel Wise
Colleen Chee    *[signature]*

Date and Time:    5-26-15    2:50 pm