

## chadbourne

Chadbourne & Parke LLP
1301 Avenue of the Americas
New York, NY 10019
telephone: (212) 408-5100

**Thomas J. McCormack**
**direct tel** 212 408 5182 **fax** 646 710 5182
tmccormack@chadbourne.com

October 8, 2015

**BY ECF**

Honorable Jesse M. Furman
United States District Judge
United States Courthouse
40 Centre Street, Room 2202
New York, NY 10007

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #:_____                │
│ DATE FILED: 10/09/2015               │
└─────────────────────────────────────┘
```

Re: *Starr Indemnity & Liability Co. v. American Claims Management, Inc., et al.,*
    No. 14 Civ. 463 (JMF)

Dear Judge Furman:

　　We write on behalf of Plaintiff Starr in connection with the motion for reconsideration discussed at the court conference of October 1, 2015 (the "Conference").

　　At the Conference, Your Honor informed us that we could (1) inform the Court that Your Honor will "deem [our] prior letters to be motions for reconsideration," or (2) file a motion for reconsideration. Tr. at 18-19. The Court entered an Order to that effect. Dkt. 187. We accept the first option and request the Court to deem our letters (Dkt. 183, 186) to be a motion for reconsideration.

　　We thank the Court for its consideration.

Respectfully yours,

Thomas J. McCormack

cc:  Counsel of Record (via ECF)

It is so deemed and, for the reasons discussed on the record at the conference, DENIED.

SO ORDERED.

October 9, 2015